RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Richard Whittaker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WHITTAKER,<br><br>Defendant. | Case No. 2:16-cr-00217-HDM-CWH<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Revocation Hearing currently scheduled on January 24, 2023, be vacated and continued to February 21, 2023, at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. Once materials related to the petition are received, defense counsel will need time to review and discuss the same with Mr. Whittaker.

2. Defense counsel requires additional time to conduct necessary investigation related to the allegations in the Petition.

3.  Mr. Whittaker is in custody and agrees with the need for the continuance.

4.  The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD WHITTAKER,<br><br>    Defendant. | Case No. 2:16-cr-00217-HDM-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the video revocation hearing currently scheduled for Tuesday, January 24, 2023 at 11:00 a.m., be vacated and continued to February 21, 2023, at the hour of 10:00 a.m. via video conference in front of Judge Howard D. McKibben in Reno Courtroom 4.

DATED this 23rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

3