RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Richard Whittaker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00217-HDM-CWH |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| RICHARD WHITTAKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Revocation Hearing currently scheduled on February 21, 2023, be vacated and continued to March 28, 2023 at 10:00 am, or a date and time convenient to the Court but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to discuss this matter with Mr. Whittaker.

2. Defense counsel requires additional time to conduct necessary investigation regarding the allegations in the Petition, and prepare, if necessary for a contested hearing.

3. Mr. Whittaker is in custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 15th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WHITTAKER,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00217-HDM-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the video revocation hearing currently scheduled for Tuesday, February 21, 2023 at 10:00 a.m., be vacated and reset for Tuesday, March 28, 2023 at 10:00 a.m. in Reno Courtroom 4 via videoconference before Judge Howard D. McKibben. **IT IS SO ORDERED.**

　　DATED this 15th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

3