1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RICHARD WHITTAKER,

        Defendant.

Case No. 2:16-cr-00217-HDM-EJY

**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**
(Fourth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Revocation Hearing currently scheduled on May 9, 2023 at 10:00 am, be vacated and continued to July 18, 2023 at 11:00 am.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to discuss this matter with Mr. Whittaker and conduct necessary investigation as to the allegations in the Petition.

2.     Defense counsel has requested mitigating documentation and is waiting for receipt of the same.

3.      Mr. Whittaker is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 26th day of April, 2023.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By /s/ Jacquelyn N. Witt              By /s/ Supriya Prasad
JACQUELYN N. WITT                     SUPRIYA PRASAD
Assistant Federal Public Defender     Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00217-HDM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD WHITTAKER, | |
| Defendant. | |

IT ORDERED that the video revocation hearing scheduled for Tuesday, May 9, 2023 at 10:00 a.m., be vacated and continued Tuesday, July 18, 2023 at 11:00 a.m. in Reno Courtroom 4 via videoconference before Judge Howard D. McKibben.  IT IS SO ORDERED.

DATED this 28th day of April, 2023.

HOWARD D. McKIBBEN,
Senior U.S. District Judge

3