UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WHITTAKER,<br><br>　　　　Defendant. | Case No. 2:16-cr-00217-HDM-EJY<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Revocation Hearing currently scheduled on July 18, 2023 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　　The government filed a criminal indictment against Mr. Whittaker in Case No. 2:23-cr-0013-JCM-BNW, which relates to the same conduct alleged in the Petition.

　　　　2.　　　Defense counsel needs additional time to advise Mr. Whittaker as to these cases and conduct necessary investigation.

3. Mr. Whittaker is in custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 30th day of June, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WHITTAKER,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00217-HDM-EJY<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently set for Tuesday, July 18, 2023, at 11:00 a.m., is vacated and continued to Wednesday, September 20, 2023 at 10:00 a.m. in a Las Vegas Courtroom (to be determined) before Judge Howard D. McKibben.

IT IS SO ORDERED.

DATED this  6th  day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE