RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Richard Whittaker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00217- APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Sixth Request) |
| RICHARD WHITTAKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Revocation Hearing currently scheduled on October 19, 2023 at 8:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The government filed a criminal indictment against Mr. Whittaker in Case No. 2:23-cr-0013-JCM-BNW, and trial is set for January 8, 2023. The allegations in Case No. 2:23-cr-0013-JCM-BNW relate to the same conduct alleged in the Petition in the instant case.

2. Defense counsel needs additional time to gather important mitigating information, review forthcoming discovery with Mr. Whittaker, and prepare for the revocation hearing, if necessary.

3. Mr. Whittaker retained an expert and produced an expert report to the government.

4. The government needs additional time to allow its rebuttal expert to review necessary documents, complete an evaluation, and produce a report.

5. Defense counsel will need an opportunity to review the findings of the government's rebuttal expert with Mr. Whittaker.

6. Mr. Whittaker is in custody and does not oppose the continuance.

7. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 10th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Justin J. Washburne*<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00217- APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD WHITTAKER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 19, 2023, at 8:00 a.m., be vacated and continued to January 16, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 11th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

3