JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JUSTIN J. WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
justin.washburne@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RICHARD WHITTAKER,<br><br>   Defendant. | Case No. 2:16-cr-00217-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(**Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Revocation Hearing currently scheduled on April 2, 2024 at 9:30 a.m., be vacated and continued to June 4, 2024, or a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      U.S. Probation Officer Tawnee Salem is unavailable to testify at the revocation hearing scheduled for April 2, 2024, and she is the primary witness for the government.

1    2.    The parties expect the revocation hearing will be contested and will take approximately 4-6 hours.

3.    The parties reached out to Chambers regarding potential dates that were available, and Chambers advised that the Court is available on June 4, 2024.

4.    Defense counsel's expert witness, Dr. Jones-Forrester, has confirmed that she is available on June 4, 2024. However, Dr. Jones-Forrester advised that availability will be limited from June 5, 2024, through August 2024.

5.    The parties agree to the continuance.

6.    This is the eighth request for a continuance of the revocation hearing.

DATED this 28th day of March, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Jacquelyn N. Witt  
JACQUELYN N. WITT  
Assistant Federal Public Defender  
Counsel for Defendant  
RICHARD WHITTAKER

/s/ Justin Washburne  
JUSTIN J. WASHBURNE  
Assistant United States Attorneys

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WHITTAKER,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00217-APG-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on April 2, 2024 at the hour of 9:30 a.m., be vacated and continued to June 4, 2024 at the hour of 9:00 a.m. in Courtroom 6C..

　　　DATED this 29th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　HON. ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3