# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>RICHARD WHITTAKER,<br><br>              Defendant. | Case No.: 2:16-cr-00217-APG-EJY<br><br>**Order**<br><br>(Docket No. 123) |

On July 15, 2024, Defendant Richard Whittaker appeared before this Court for his Initial Appearance on a petition for revocation of his supervised release. Docket No. 115. The Court appointed the Federal Public Defender to represent him and, after a detention hearing, ordered Defendant detained pending his revocation hearing. *Id*. *See also* Docket No. 117. Pursuant to Fed.R.Crim.P. 32.1(b)(1), the Court set a preliminary hearing for July 31, 2024, at 9:00 a.m. Docket No. 115.

At 3:07 p.m. on July 30, 2024, the afternoon prior to the preliminary hearing and 15 days after his Initial Appearance, Defendant filed a notice of request to question adverse witness. Docket No. 123. This "notice" - which is really a motion because it makes a request of the Court - consists of one sentence, deprives the United States of any opportunity to respond, and fails to cite to any authorities. *Id*. Further, this failure does not allow the court to make a determination as to whether the interest of justice requires the adverse witness to appear. *Id*. "The failure of a moving party to include points and authorities in support of the motion constitutes a consent to denying the motion." LCR 47-3.

1  Accordingly, Defendant's motion, Docket No. 123, is hereby **DENIED**. Defendant will
2 be given his right to appear at the preliminary hearing and present evidence, pursuant to
3 Fed.R.Crim.P. 32.1(b)(1)(B)(ii), on July 31, 2024, at 9:00 a.m.
4  IT IS SO ORDERED.
5  DATED: July 30, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE