RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Richard Whittaker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00217- APG-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| RICHARD WHITTAKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Richard Whittaker, that the Revocation Hearing currently scheduled on September 18, 2024 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have made progress toward establishing a plan for Mr. Whittaker's eventual release from custody, for the Court's consideration.

2. The additional time is needed for the Probation Officer to obtain further information from third-party providers before the viability of the plan can be finalized and potentially presented to the Court.

3. Mr. Whittaker is in custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED September 11, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Justin J. Washburne<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>RICHARD WHITTAKER,<br><br>      Defendant. | Case No. 2:16-cr-00217- APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 18, 2024, at 9:00 a.m., be vacated and continued to October 30, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 12th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE

3